**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ROCKY ASPEN, LLC, | ) | Case No. 16-12194 EEB |
| | ) | Chapter 7 |
| Debtor. | ) | |

**TRUSTEE'S STATUS REPORT**

Jared C. Walters, chapter 7 trustee, by and through his counsel, Wadsworth Garber Warner Conrardy, P.C., for his Status Report states as follows:

1. On November 15, 2022, the Court entered an "Order for Status Report" directing the Trustee to inform the Court as to "the status of this case, the impact of that status on the two related Adversary Proceedings, 16-01137 EEB and 18-01149 EEB, and what actions they intend to take to assure that this case is timely prosecuted." *See* Docket No. 863.

2. On May 9, 2022, the Court approved a settlement agreement (the "Agreement") between the Trustee, Castlegrace Equity Investors, LLC, AH DB Kitchen Investors, LLC, and Patrick McGrath (together, the "McGrath Parties"). *See* Docket No. 860.

3. The Agreement provides, among other terms, that the McGrath Parties shall pay $1,400,000 to the Trustee in settlement of the claims pled in Adversary Proceedings 16-01137 EEB and 18-01149 EEB. The Agreement provides as follows with respect to payment:

> Payment. The Parties stipulate and agree that the proceeds of the Scottsdale Policy shall be the first source of payment of the Settlement Amount and the Trustee will not look to the McGrath Parties for any payment or performance (except as otherwise required under paragraphs 3 and 5 herein) until after conclusion of the Dec Action. On or within sixty (60) days of the conclusion of the Dec Action, whether by consent, dismissal or entry of final judgment, the Trustee shall be permitted to seek entry of judgment in the Adversaries against the McGrath Parties, jointly and severally, for any amount of the Settlement Amount that remains due and owing.

4. The "Scottsdale Policy" refers to an insurance policy that is the subject of the "Dec Action," a declaratory judgment action pending in the United States District Court for the Southern District of New York, Case No. 1:19-CV-07477 (LJL).

5. The Trustee and the McGrath Parties believe that (a) McGrath is an insured under the Scottsdale Policy and (b) the Scottsdale Policy covers the claims for relief pled in the

Adversaries.

6. When the Agreement was executed and approved, appeals of two summary judgment motions granted in the Dec Action were on appeal to the Second Circuit Court of Appeals (together, the "Appeal"). Oral argument in the Appeal was held on October 26, 2022 and the matter was then submitted for decision. No decision has yet been rendered.

7. The ruling in the Appeal will dictate the next events in the Dec Action which, in turn, will dicate how the settlement amount is paid.

8. Trustee proposes to submit another status report in 90 days if the settlement amount has not been received.

Dated this 6th day of November, 2022.

Respectfully submitted,

WADSWORTH GARBER WARNER CONRARDY, P.C.

*/s/ David V. Wadsworth*
David V. Wadsworth, #32066
2580 West Main Street, Suite 200
Littleton, Colorado 80120
303-296-1999 / 303-296-7600 FAX
dwadsworth@wgwc-law.com
Attorneys for the Chapter 7 Trustee

# CERTIFICATE OF SERVICE

On November 6, 2022, the foregoing **TRUSTEE'S STATUS REPORT** was served either by prepaid first-class mail, or electronically through CM/ECF, as indicated, upon the following:

US Trustee
USTPRegion19.DV.ECF@usdoj.gov

Peter A. Cal
pcal@sah.com

Robert D. Nachman
robert.nachman@bfkn.com

Darrell G. Waas
waas@wcrlegal.com

James T. Markus
jmarkus@markuswilliams.com

Jennifer M. Salisbury
jsalisbury@markuswilliams.com

Darryl S. Laddin
darryl.laddin@agg.com

Lynda L. Atkins
LyndaA@atg.wa.gov

Kelsey Jamie Buechler
jamie@kjblawoffice.com

Jeffrey S. Brinen
jsb@kutnerlaw.com

Ashley E. Calhoun
ashley.calhoun@akerman.com

Thomas B. Fullerton
thomas.fullerton@akerman.com

Michael L. Molinaro
michael.molinaro@akerman.com

Matthew D. Skeen
mdskeen@skeen-skeen.com

Matthew D. Skeen, Jr.
jrskeen@skeen-skeen.com

Tracy L. Ashmore
tashmore@rwolaw.com

Erik A. Johnson, I
eaglelawcenter@gmail.com

Duncan E. Barber
dbarber@sbbolaw.com

Michael E. Norton
mnorton@hballp.com

David J. Hindman
dhindman@mcrazlaw.com

Brian P. Gaffney
bgaffney@swlaw.com

Philip A. Pearlman
ppearlman@spencerfane.com

Donald L. Gaffney
dgaffney@swlaw.com

Stephanie Kanan
skanan@swlaw.com

Inga Haagenson Causey
PO Box 98
Vail, CO 81658

Michael J. Glade
mglade@gvlslaw.com

Gregory Garvin
ustp.region19@usdoj.gov

Paul Moss
Paul.Moss@usdoj.gov

Jared Walters
jcWalters7@gmail.com

David M. Miller
dmiller@spencerfane.com

Rocky Aspen, LLC
170 East 61st Street, 4th Floor
New York, NY 10065

Michael Staheli
5299 DTC Blvd., Suite 600
Greenwood Village, CO 80111

*/s/Angela Garcia*
Paralegal
for Wadsworth Garber Warner Conrardy, P.C.